IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHAD SIEBERT and
LaHANNA SIEBERT,
husband and wife                                                                                           PLAINTIFFS

v.                                  NO. 3:16-CV-03040-TLB

CALVIN HALL and
T-HAUL TANK LINES, LLC                                                                           DEFENDANTS

## JOINT MOTION TO DISMISS

Come the parties, by and through their counsel, and for their Joint Motion to Dismiss, herein state:

1. The parties have settled.

2. The parties have exchanged the settlement proceeds and release.

3. The parties request the Court dismiss this case with prejudice.

WHEREFORE, the parties, pray the Court grant their motion and enter an order of dismissal of Plaintiffs' Complaint with prejudice.

/s/ Staci Dumas Carson
RICHARD N. WATTS (82174)
STACI DUMAS CARSON (2003158)
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVE., STE. 200
LITTLE ROCK, AR  72201-1769
(501) 372-1406
(501) 372-1209 FAX
richard.watts@wdt-law.com
staci.carson@wdt-law.com

AND

        /s/ Ray B. Schlegel
NOLAN, CADDELL & REYNOLDS, P.A.
211 N. 2ND ST.
ROGERS AR 72756
(479) 464-8269
(479) 464-8287 FAX
rschlegel@justicetoday.com