IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHAD SIEBERT and
LaHANNA SIEBERT,
husband and wife                                                                    PLAINTIFFS

v.                              NO. 3:16-CV-03040-TLB

CALVIN HALL and
T-HAUL TANK LINES, LLC                                                              DEFENDANTS

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss (Doc. 20). It appearing to the Court that this case has been amicably resolved, the Motion is **GRANTED**, and Plaintiffs' Complaint (Doc. 3) is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED** on this 19th day of October, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1